UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

U<small>NITED</small> S<small>TATES OF</small> A<small>MERICA</small>,

    Plaintiff,

v.

J<small>ESSE</small> J<small>AMES</small> M<small>ONVILLE</small>,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 2:20-cr-00006

**<u>ORDER OF DETENTION</u>**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a six-count Indictment. Counts 1 and 3 charge him with distribution of 5 grams or more of methamphetamine, in violation of 21 U.S.C.§§ 841(a)(1) and (b)(1)(B)(viii); counts 2 and 4 charge him with distribution of cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); count 5 charges him with possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); and count 6 charges him with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis the he is a danger

to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on February 19, 2020, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the presumption of detention regarding risk of non-appearance, but not as to danger to the community. Moreover, the Court finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the community, and that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on February 19, 2020.

Date February 19, 2020　　　　　　　　　　　　　/s/ Phillip J. Green
　　　　　　　　　　　　　　　　　　　　　　　PHILLIP J. GREEN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge